**Wang Chambers**

---

**From:** Brandy Fogle <brandyfogle19@gmail.com>
**Sent:** Wednesday, January 18, 2023 1:54 PM
**To:** Wang Chambers
**Subject:** Anthony Fogle 1:22-cr-00280

**CAUTION - EXTERNAL:**

Dear Judge Wang,

I am writing this letter to you today in regards to my husband, Anthony Fogle's, attorney and what I believe is his lack of representation of my husband. The CI in my husband's case has reached out to me several times since my husband's arrest that has included everything from begging me to speak to her, to her threatening me, up to her telling me that she can fix all of this. I reached out to Mr. Peter Hedeen well over a dozen times (both with phone calls and emails) during all of this with no response from him to any of my attempts at communication as this is something that he needed to be aware was happening, etc. He does have full permission to speak with me and did so one time when he first took over my husbands case but that is it outside of the courtroom. I ended up filing a police report with my local department to get everything on record as to what has been happening in regards to the CI since Mr. Hedeen failed to respond to my attempted communication or speak to my husband about it. He has made very little attempt to speak with my husband either by visiting him (he's only seen him 4 times for less then 5 minutes each and 2 of them he was ordered to see him) or even accepting my husbands request to email him at our expense. I have copies of all of my emails that I sent to Mr. Hedeen as well as my call logs showing every time I would call and speak to the answering service. There were a few times that no one would answer the phone at all as well. Having a CI contact the defendant's spouse isn't something that should be taken lightly and neither should the fact that my husband's attorney has made no attempt to discuss this or much of anything else regarding this case with Anthony.  I believe my husband needs better representation as at this point Mr Hedeen doesn't seem to acting in a matter that includes my husband's best interests. Thank you for taking the time to read this today. I truly appreciate it.

Sincerely,
Brandy Fogle

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.