IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 23 2023
JEFFREY P. COLWELL
CLERK

CASE NO. 1:2022-cr-00280-218146

Anthony Fogle,
  Defendant

v.

UNITED STATES OF AMERICA,
  Respondent

PRO SE OMNIBUS MOTION AND BRIEF IN SUPPORT TO WITHDRAW COUNSEL
CASE NO. 1:2022-cr-00280-218146

## MOTION TO TERMINATE ATTORNEY AND APPOINT ALTERNATE DEFENSE COUNSEL OR A PRIVATE ATTORNEY

Comes now, the defendant, Anthony Fogle, on his own behalf, and for the record without the advisement of counsel. The defendant respectfully requests this Court to grant this MOTION TO TERMINATE ATTORNEY AND APPOINT ALTERNATE DEFENSE COUNSEL. In support of this motion the defendant presents the following factual findings, and authoritative legal citations:

FACTUAL FINDINGS:

1. The defendant's current attorney is Peter Hedeen, Esq. 1900 Grant Street Ste. 750 Denver, Co 80203. There has been a complete break-down in communications between Mr. Hedeen and his client (the defendant), and as a result has created a conflict of interest, which is unresolvable.

2. The defendant previously submitted a letter to Judge Wang describing some very particular issues he had with his attorney. In that letter Mr. Fogle informed Judge Wang that his attorney (Mr. Hedeen) had allowed the U.S. Attorney to request a time extension on his speedy trial without any opposition. Mr. Fogle was not even properly consulted by his attorney in relation to this matter. Apparantly, discovery in this case was lost due to some type of electronic issue, occurring in Freemont County at the time this request for an extension was made. That is an issue which is attributable to the government, not the defendant. Mr. Fogle did not authorize his attorney to allow the government to request and receive a time extension on his speedy trial without opposition. This action (and others) by his attorney has violated F.R. Crim. P. 16 - Discovery and Inspection; Brady v. Maryland, 373 US 83, 10 L. Ed. 2d 215, 83 S. Ct. 1194 (May 13, 1963); and 18 U.S.C. Ch. 208 Speedy Trial § 3161 - Time Limits and Exclusions.

3. Mr. Fogle (and others he has authorized to have communications with his attorney) has attempted to contact his attorney numerous times to no avail. Thus far, the times that they have communicated in this case have been brief and fruitless. Mr. Hedeen has been deliberately indifferent towards Mr. Fogle and his case. There has been no meaningful communications between the two in this case

2

APPLICABLE CITATIONS:

1. The Sixth Amendment right to counsel exists, and is needed, in order to protect the fundamental right to a fair trial, since access to counsel's skill and knowledge is necessary to accord defendant's ample opportunity to meet the case of the prosecution to which they are entitled. Strickland v. Washington 466 U.S. 668, 104 S. Ct. 2052, 80 L. Ed. 2d 674 (1984).

2. A fair trial is one in which evidence subject to adversarial testing is presented to an impartial tribunal for resolution of issues defined in advance of the proceedings. See Strickland supra.

3. Counsel can deprive a defendant the right to effective assistance of counsel simply by failing to render adequate legal assistance. See Strickland supra.

CONCLUSION:

[The defendant's counsel's conduct is] [undermining] the proper functioning of the adversarial process [in such a way] that the trial [will not be able to be] relied on as having produced a just result. See Strickland supra. The defendant's counsel's performance has been deficient; that deficient performance has prejudiced the defense. The fundamental fairness of the entire proceedings is now at issue. The defendant's Sixth Amendment right to effective assistance of counsel has been violated. Wherefore, Mr. Fogle respectfully requests that this court grant this motion.

3

Certificate of Service

I, Anthony Fogle, CERTIFY that I have on this 9th day of January, 2023, sent by placing in the U.S. mail, a true and complete copy of the above MOTION TO TERMINATE ATTORNEY AND APPOINT ALTERNATE DEFENSE COUNSEL OR A PRIVATE ATTORNEY to:

1. United States 10th District - Clerk of Courts
   1901 Stout Street
   Denver, Co 80294

2. Assistant U.S. Attorney - Attorney for the government
   U.S. Attorney's Office
   1801 California Street, Suite 1600
   Denver, Co 80202
   303-454-0200

3. Peter Hedeen, Esq. - Attorney At Law
   1900 Grant Street, Ste. 750
   Denver, Co 80203

4. Return Address - Defendant
   Anthony Fogle
   Reg # 18955-510
   Federal Detention Center
   9595 West Quincy Avenue
   Littleton, Co 80123

Respectfully Submitted,
/s/
Anthony Fogle
01/09/2023
Anthony Fogle

4



Anthony Fogle
Reg # 10955-510
Federal Detention Center
9595 W. Quincy Avenue
Littleton CO,
80123

United States 10th District
Clerk of Courts
1901 Stout Street 19th St.
Denver CO,
80294

CERTIFIED MAIL
7022 1670 0001 6462 1050

U.S. POSTAGE PAID
FCM LETTER
CANON CITY, CO
81212
JAN 17, 23
AMOUNT
$4.60
R2304M114208