**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 22-cr-280-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.  ANTHONY FOGLE,

    Defendant.

---

## MOTION TO WITHDRAW AS COUNSEL

---

Court-Appointed Counsel for Mr. Anthony Fogle, Peter Hedeen, moves to withdraw as counsel in the above captioned case, and in support thereof, states:

1.    This motion is made pursuant to Colorado Rule of Professional Conduct 1.16. Professional considerations require counsel to withdraw from this representation.

2.    Colorado Rule of Professional Conduct 1.6 prohibits counsel from disclosing more information regarding this issue.  *See also* C.R.C.P. 1.16, Comment [3].

3.    Mr. Fogle wants counsel to withdraw.

4.    On behalf of Mr. Fogle, counsel respectfully requests that an attorney from the Criminal Justice Act Panel be appointed to represent him.

Dated this Wednesday, January 25, 2023.

                Respectfully submitted,

                \_\_S/Peter Hedeen\_\_\_
                Peter Hedeen
                2373 Central Park Blvd.
                Suite 100
                Denver, CO 80238
                720-979-0927
                303-803-1501  Fax

## CERTIFICATE OF MAILING

I hereby certify that on Wednesday, January 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the court's ECF system which will send notification of such filing to all counsel of record and the following e-mail address:

Daniel McIntyre, Assistant United States Attorney
daniel.mcintyre@usdoj.gov

And, I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Anthony Fogle (via U.S. Mail)

                                        __S/Peter Hedeen___
                                        Peter Hedeen
                                        2373 Central Park Blvd.
                                        Suite 100
                                        Denver, CO 80238
                                        720-979-0927
                                        303-803-1501  Fax