IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-280-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTHONY FOGLE,

    Defendant.

---

## MOTION TO WITHDRAW AS COUNSEL

---

Defense Counsel Mark C. Johnson, appointed under the CJA act, requests that the Court allow him to withdraw from further representation of Mr. Fogle and as grounds states as follows:

1. This motion is made pursuant to Colorado Rule of Professional Conduct 1.16. Professional considerations require counsel to withdraw from this representation. Colorado Rule of Professional Conduct 1.6 prohibits counsel from disclosing more information regarding this issue. *See also* C.R.C.P. 1.16, Comment [3].

2. The undersigned asserts that there has been an irretrievable breakdown in the attorney-client relationship with Mr. Fogle. There has been a complete breakdown in communication and an irreconcilable conflict exists.

3. Pursuant to D.C. Colo. L. Cr. R. 57.5.D, a copy of this motion will be hand

delivered to Mr. Fogle at the Federal Detention Center on June 1, 2023.

**DATED May 31, 2023**

Respectfully Submitted,

*s/ Mark C. Johnson*

_____
Mark C. Johnson
4450 Arapahoe Avenue, Suite 100
Boulder, CO 80303
(303) 448-8836
Mark.Johnson68@gmail.com
**COUNSEL FOR DEFENDANT ANTHONY FOGLE**

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023 I electronically served the foregoing motion electronically by filed the motion with the Clerk of the Court using the CM/ECF system, that will send notice of such filing to the parties in the case.

I further certify that a copy of this motion will be hand delivered to Mr. Fogle on June 1, 2023 when I will be at the Federal Detention Center.

*s/ Mark C. Johnson*
_____
Mark C. Johnson