IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang

Criminal Action No. 22-cr-00280-NYW-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANTHONY FOGLE,

    Defendant.

---

## ORDER

---

    This matter is before the Court on the advisement from the United States Marshals Service that Defendant Anthony Fogle, who is currently housed at the Federal Detention Center Englewood, is refusing to come to Court. On June 1, 2023, this Court set a motion hearing for today, June 7, 2023, to discuss the Motion to Withdraw as Counsel [Doc. 36] filed by Defendant's attorney, Mark C. Johnson. *See* [Doc. 37]. Defendant's presence at the motion hearing is required.

    Accordingly, it is **ORDERED** that:

(1)    The motion hearing set for June 7, 2023 at 1:30 PM is **VACATED**. The motion hearing is **RESET** for **Friday, June 9 at 1:30 PM**. Mr. Johnson and counsel for the United States shall appear in person;

(2)    Federal Detention Center officials, and/or the United States Marshals Service, **SHALL** bring Defendant to the motion hearing set for June 9, 2023 at 1:30 PM, even if cell extraction and use of reasonable force is necessary. This Order shall remain in effect for the duration of this matter.

DATED:  June 7, 2023

BY THE COURT:

_____
Nina Y. Wang
United States District Judge

2